IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HEATHER WEAVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-CV-586-WKW |
| | ) |
| GCA EDUCATION SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court is the parties' Joint Stipulation of Dismissal (Doc. # 36), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE this 26th day of August, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE